BRADLEY E. SCHWAN, Bar No. 246457
JANNINE E. KRANZ, Bar No. 272389
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Fax No.:    310.553.5583

Attorneys for Defendants
BLACKROCK LOOGISTICS INC.,
DEPLOY HR, INC., VENSURE HR, INC.,
DENISE RIVERA, OLIVIER SIMON,
NORA SCHILD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR MAZA GONZALEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BLACKROCK LOGISTICS, INC., a California Corporation; DEPLOY HR, INC., a California Corporation; VENSURE HR INC., a corporation; DENISE RIVERA, an individual; OLIVIER SIMON, an individual; and NORA SCHILD, an individual; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. <br><br> ASSIGNED FOR ALL PURPOSES TO JUDGE <br><br> **DEFENDANT'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION** <br><br> [FED R. CIV. P. 7.1] <br><br> Complaint Filed: February 25, 2021 |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

4848-5242-6489.1 / 104682-1001

**TO THE CLERK OF THE ABOVE ENTITLED COURT, AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants BLACKROCK LOOGISTICS INC., DEPLOY HR, INC., VENSURE HR, INC., DENISE RIVERA, OLIVIER SIMON, and NORA SCHILD ("Defendants"), hereby remove the state action described herein, filed in Superior Court of the State of California, County of San Bernardino, to the United States District Court for the Central District of California, pursuant to 28 U.S.C. sections 1331, 1441 and 1446. A true and correct copy of this notice will be filed contemporaneously with the Clerk of the Superior Court for the State of California, County of San Bernardino, and notice of the removal will be provided to counsel for Plaintiff in accordance with 28 U.S.C. section 1446(d). This case is being removed based upon federal question jurisdction. The grounds for removal are as follows:

## PROCEDURAL BACKGROUND

1. On June 29, 2021, Plaintiff VLADIMIR MAZA GONZALEZ ("Plaintiff") filed a Complaint in the Superior Court for the County of San Bernardino entitled *VLADIMIR MAZA GONZALES vs. BLACKROCK LOOGISTICS INC., DEPLOY HR, INC., VENSURE HR, INC., DENISE RIVERA, OLIVIER SIMON, and NORA SCHILD, and DOES 1 through 100, inclusive*, Case No. CIVSB 2118886 (the "Complaint"). A true and correct copy of the Complaint is attached hereto as **Exhibit A.**

2. Plaintiff served Defendants with Notices and Acknowledgment of Receipt – Civil, attaching the Summons and Complaint, on July 19, 2021. Defendants executed the Notice and Acknowledgments and acknowledged service on August 6, 2021. A true and correct copy of Defendants' executed Notice and Acknowledgment of Receipt – Civil is attached hereto as **Exhibit B**.

3. Defendants filed and served their Answer to Plaintiff's Complaint in the Superior Court for the County of San Bernardino on September 3, 2021. A true and correct copy of Defendants' Answer to the Complaint is attached hereto as

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1.

4848-5242-6489.1 / 104682-1001

**Exhibit C**.

4.    Defendant is informed and believes that Exhibits A through C include all of the documents contained in the San Bernardino County Superior Court's file for this matter as of the date of this filing. Schwan Decl. ¶5.

### REMOVAL PROCEDURE

5.    This Notice of Removal is timely in that it has been filed within thirty (30) days of the effective service of Defendants of the Summons and Complaint, on August 6, 2021, and within one year of the filing of the Complaint on June 29, 2021. 28 U.S.C. Section 1446(b); *see also* Schwan Decl. ¶¶ 2, 3.

6.    Venue in this Court is based on the fact that Plaintiff originally filed this action in San Bernardino County Superior Court, located within the District and Division of the Court.  28 U.S.C. section 1441(a).

### REMOVAL JURISDICTION

7.    This case is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. More specifically, this is an action that arises under the laws of the United States.

8.    Plaintiff's Complaint contains a cause of action alleging violation of the Families First Coronavirus Response Act ("FFCRA").

9.    This Court may exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over Plaintiff's other claims because they are related to the FFCRA claim or related to Plaintiff's employment such that they form part of the same case or controversy.

### NOTICE TO PLAINTIFF AND THE STATE COURT

10.    Contemporaneously with the filing of this Notice in this Court, written notice of such filing will be provided to Plaintiff's counsel of record. Schwan Decl. ¶ 7.

11.    A copy of the Notice of Removal will also be filed with the Clerk of

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

4848-5242-6489.1 / 104682-1001

the Superior Court of the County of Los Angeles, California.  Schwan Decl. ¶ 7.

WHEREFORE, having provided notice as required by law, the above-entitled action should hereby be removed from the Superior Court of the County of Los Angeles to this Court.

Dated:       September 3, 2021                 Respectfully submitted,


*/s/ Bradley E. Schwan*
BRADLEY E. SCHWAN
JANNINE E. KRANZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BLACKROCK LOOGISTICS INC.,
DEPLOY HR, INC., VENSURE HR,
INC., DENISE RIVERA, OLIVIER
SIMON, and NORA SCHILD

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

3.

4848-5242-6489.1 / 104682-1001