JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR MAZA GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLACKROCK LOGISTICS, INC., a California Corporation; DEPLOY HR, INC., a California Corporation; VENSURE HR INC., a corporation; DENISE RIVERA, an individual; OLIVIER SIMON, an individual; and NORA SCHILD, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 5:21-cv-01507-JGB-SHKx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 29, 2021 |

## ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: October 29, 2021

_____
Hon. Jesus G. Bernal
United States District Judge

1